IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RODGER DE PUTE, #49526-177, § <br> Plaintiff, § <br> v. § <br> § <br> K. ZOOK, Warden, FCI-Seagoville, et. al., § <br> Defendants. § | Civil Action No. 3:21-CV-1789-N-BH <br><br><br> Referred to U.S. Magistrate Judge |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. By separate judgment, the plaintiff's claims against the defendants will be **DISMISSED** without prejudice *sua sponte* for failure to comply with Fed. R. Civ. P. 4(m).

SO ORDERED.

SIGNED on this 16th day of September, 2022.

CHIEF UNITED STATES
DISTRICT JUDGE